# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 03, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| *Plaintiff,* | ) |
| | ) Case No. 2:19-mj-00277-JTR |
| v. | ) |
| | ) |
| **RAUL MARTINEZ-REYES,** | ) |
| *Defendant.* | ) |

## CRIMINAL COMPLAINT

I, Seth Justesen, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 9, 2019, in the county of Okanogan in the Eastern District of Washington, the defendant(s) violated:

*Code Section*  *Offense Description*
*8 U.S.C. § 1326*  *Alien in the United States After Deportation*

This criminal complaint is based on these facts:

On or about June 9, 2019, Raul MARTINEZ-REYES, a citizen and national of Mexico, who theretofore on or about September 4, 1997, had been arrested and deported from the United States at Otay Mesa, California, was found in the United States by Border Patrol Agent John Johnson, in Okanogan, Washington, within the Eastern District of Washington.

Raul MARTINEZ-REYES did not have the expressed consent of the Attorney General, or his successor, or the Secretary of the Department of Homeland Security to apply for re-entry into the United States.

I further state that I am a Border Patrol Agent and that this complaint is based on the following facts: I have read and reviewed the immigration documents contained in the defendant's alien file and learned that Raul MARTINEZ-REYES is a citizen and national of Mexico who was arrested and deported from the United States at Otay Mesa, California, on September 4, 1997.

Additionally, I spoke with Agent Jason Clark who encountered the Defendant, Raul MARTINEZ-REYES, while conducting jail check duties in Okanogan, Washington, on June 9, 2019. Agent Jason Clark interviewed the Defendant Raul MARTINEZ-REYES and Agent Michael McIsaac fingerprinted him on June 10, 2019. The Defendant Raul MARTINEZ-REYES was positively identified through the IAFIS Fingerprint System on

☒ Continued on the attached sheet.

April 29, 2019. Based on my knowledge as foresaid, the Attorney General, or his successor, or the Secretary of the Department of Homeland Security has not approved the Defendant for re-admission into the United States.

_____
*Complainant's signature*

Seth Justesen, Border Patrol Agent
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to before me telephonically and signed electronically.

Date: July 3, 2019

_____
*Judge's signature*

City and state: Spokane, Washington

John T. Rodgers, U.S. Magistrate Judge
_____
*Printed name and title*

